**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00728-CR

### DEBORAH A. PETERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30352-86**

## ORDER

The State's May 21, 2013 motion to extend time to file a brief is **GRANTED**, and the

brief submitted on May 21, 2013 is **ORDERED** filed as of that date.


/s/  MOLLY FRANCIS
   PRESIDING JUSTICE